(May 18, 1971)

In the Matter of ARTHUR C. FORD et al., Constituting the Board of Water Supply of the City of New York, Appellants, Relative to Acquiring Title to Real Property for and on Behalf of the City of New York, in the County of Delaware, for the Purpose of Providing Additional Water for the City of New York. HENRY WELLMAN, Doing Business as CAMP OQUAGO, Respondent.—

Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.